IT IS SO ORDERED.
s/David D. Dowd, Jr.
U.S. District Judge
9/13/2011

IN THE UNITED DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Norm Bilsbury, et al. ) | Case No.1:11:-CV-1206 |
| ) | |
| **Plaintiffs,** ) | Judge David Dowd |
| ) | |
| v. ) | |
| ) | |
| Medical Safety Solutions, Inc., et al. ) | |
| ) | **PLAINTIFFS' NOTICE OF** |
| ) | **SETTLEMENT AND DISMISSAL** |
| ) | **WITH PREJUDICE** |
| ) | |
| **Defendants** | |

Plaintiffs give notice of the settlement of all claims with the Defendants and the dismissal with prejudice of their Complaint pursuant to Rule 41 (A)(1)(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

_____
Thomas C. Wagner, Esq. (0003301)
THOMAS C. WAGNER, LLC
1610 The Hanna Building
1422 Euclid Avenue
Cleveland, OH 44115-2001
(216) 781-4000
(216) 781-5666 (fax)
wagnert@tcwlawyers.com
ATTORNEY FOR PLAINTIFFS

1

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served by fax transmission and First-Class U.S. Mail, postage prepaid on this 31 day of August, 2011 upon the following:

W. Vincent Rakestraw
4930 Reed Road, Suite 200
Columbus, OH 43220

via:  Fax to 614-457-7878
*Attorneys for Defendants,*

Respectfully submitted,

_____
Thomas C. Wagner, Esq. (0003301)
Thomas C. Wagner, LLC
1422 Euclid Avenue, Suite 1610
Cleveland, OH 44115
216-781-4000
216-781-5666 fax
wagnert@vwlawyers.com